IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN D. MILLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL WEINIG AG,<br>MICHAEL WEINIG, INC. and<br>MICHAEL WEINIG<br>(YANTAI) MACHINERY CO.,<br>LTD.,<br><br>　　　　Defendants. | CV-20-00047-BU-BMM<br><br>ORDER GRANTING<br>UNOPPOSED MOTION FOR<br>REMOTE APPERANCE |

Upon review of Defendants' Unopposed Motion for Attorneys for Remote Attendance (Doc. 73), and good cause appearing;

IT IS HEREBY ORDERED that counsel for the Defendants may appear remotely at the January 18, 2023 discovery hearing. Defense counsel will contact the Clerk of Court's Office in the Great Falls Division for the Zoom link.

DATED this 5th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court