UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN D. MILLER,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL WEINIG AG,<br>MICHAEL WEINIG, INC., and<br>MICHAEL WEINIG (YANTAI)<br>MACHINERY CO., LTD.,<br><br>        Defendants. | Cause No. CV-20-47-BU-BMM<br><br><br>**ORDER DISMISSING<br>PLAINTIFF'S PUNITIVE<br>DAMAGE CLAIMS WITH<br>PREJUDICE** |

Plaintiff having moved to dismiss his punitive damage claims against Defendants Michael Weinig AG, Michael Weinig, Inc., and Michael Weinig (Yantai) Machinery Co., Ltd., with prejudice, and Defendants having no objection:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED and his punitive damage claims against Defendants Michael Weinig AG, Michael Weinig, Inc., and Michael Weinig (Yantai) Machinery Co., Ltd. are DISMISSED with prejudice.

Dated this 24th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court