THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN D. MILLER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WEINIG AG, MICHAEL WEINIG, INC., and MICHAEL WEINIG (YANTAI) MACHINERY CO., LTD.,<br><br>Defendants. | CV-20-00047-BU-BMM-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR VIRTUAL ATTENDANCE** |

Upon review of Defendants' Unopposed Motion for Virtual Attendance and good cause appearing: IT IS HEREBY ORDERED that counsel, Dart Meadows for the Defendants may appear virtually at the Court's April 13, 2023, Motion Hearing (Doc. 124). Defendants will contact the Clerk of Court in the Great Falls Division for the Zoom link.

DATED this 23rd day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

21177053.1