UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN D. MILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL WEINIG AG, MICHAEL WEINIG, INC., and MICHAEL WEINIG (YANTAI) MACHINERY CO., LTD.,<br><br>　　　　　Defendants. | Cause No. CV-20-47-BU-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR VIRTUAL ATTENDANCE AT HEARING** |

　　Upon review of Plaintiff's Unopposed Motion for Virtual Attendance at Hearing and good cause appearing; IT IS HEREBY ORDERED that Plaintiff's counsel, Dennis Conner, may appear virtually at the Court's April 13, 2023, Motion Hearing (Doc. 124). Plaintiff will contact the Clerk of Court in the Great Falls Division for the Zoom link.

　　DATED this 29th day of March, 2023.

*/s/ Brian Morris*
_____
Brian Morris, Chief District Judge
United States District Court