UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN D. MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WEINIG AG, MICHAEL WEINIG, INC., and MICHAEL WEINIG (YANTAI) MACHINERY CO., LTD.,<br><br>Defendants. | Cause No. CV-20-47-BU-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulated Motion for Dismissal with Prejudice,

**IT IS HEREBY ORDERED** this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney fees and costs.

DATED this 22nd day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court