UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN MILLER,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL WEINING AG,<br>   MICHAEL WEINIG, INC., AND<br>   MICHAEL WEINIG (YANTAI)<br>   MACHINERY CO., LTD.,<br><br>               Defendant. | Case No. CV-20-47-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to the Stipulated Motion for Dismissal with Prejudice, IT IS HEREBY ORDERED this matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorney fees and costs.

      Dated this 22nd day of June, 2023.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Kelsey Hanning
                              Kelsey Hanning, Deputy Clerk